ACCEPTED
03-14-00012-CV
4606447
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 3:42:55 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/23/2015 3:42:55 PM
JEFFREY D. KYLE
Clerk

March 23, 2015                                    *Filed Via Electronic Filing*

Mr. Jeffrey D. Kyle,
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

Re:   Docket No. 03-14-00012-CV; *State Office of Risk Management v. Katina Edwards,* in 3rd Court of Appeals, Austin, Texas

Dear Mr. Kyle:

        Pursuant to the Court's request, this is to confirm my intent to argue on behalf of The Texas Department of Insurance, Division of Workers' Compensation, before this court on March 25, 2015 at 1:30 p.m.

        Please advise if we may be of further assistance in this matter.

                                        Sincerely,


                                        */s/ Dennis M. McKinney*
                                        DENNIS M. MCKINNEY
                                        Assistant Attorney General
                                        State Bar No. 13719300
                                        (512) 475-4020
                                        dennis.mckinney@texasattorneygeneral.gov



cc:   J. Red Tripp (Via E-Service & E-Mail)
       Bradley McClellan (Via E-Service & E-Mail)